1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

(Fresno Division)

12

| A. G. KAWAMURA, | Case No: 1:10-cv-00454 AWI SMS |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION FOR DISTRIBUTION OF INTERPLEADED FUNDS AND PAYMENT OF PLAINTIFF'S FEES AND COSTS |
| FARM SERVICE AGENCY, GEORGE VIEIRA, ESTATE OF JAIME BRASIL, MARIA A. BRASIL, et. al., | |
| Defendants. | |

13
14
15
16
17
18
19

Pursuant to the stipulation for Distribution of Interpleaded Funds and Payment of Plaintiff's

20

Fees and Costs entered into by Plaintiff, A.G. Kawamura, Secretary of California's Department of Food

21

and Agriculture, and Defendants, United States of America for its Department of Agriculture, Farm

22

Service Agency (FSA), and George Vieira, through his successor in interest, Maria Nunes filed herein

23

on August 17, 2010, the Court approves and orders the payment by the State of California of the sum of

24

Eighty Thousand One Hundred Sixteen Dollars Nine Cents ($80,116.09) to Maria Nunes by no later

25

than October 16, 2010, and the sum of Seventy-three Thousand Nine Hundred Fifty-three Dollars

26

Thirty-two Cents ($73,953.32) to the United States by no later than October 16, 2010, as provided in

27

said stipulation.

28

1   While the parties referred to the sums held by Plaintiff as "interpleaded funds," the State of

2   California maintained said funds in a segregated account and did not deposit the funds at issue with the

3   Clerk of Court.

4

5   IT IS SO ORDERED.

6

7   Dated:    August 24, 2010                                    _____

    CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28