1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  SARA J. RUSSELL, State Bar No. 84704
   Supervising Deputy Attorney General
3  LINDA BERG, State Bar No. 194667
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-4853
6    Fax: (916) 327-2319
     E-mail: Linda.Berg@doj.ca.gov
7  *Attorneys for Plaintiff*
   *A.G. KAWAMURA, in his official capacity as the*
8  *Secretary of the California Department of Food and*
   *Agriculture*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.G. KAWAMURA, in his official capacity as the Secretary of the California Department of Food and Agriculture,** | 1:10-cv-00454 |
| | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| **FARM SERVICE AGENCY; GEORGE VIEIRA; ESTATE OF JAMIE BRASIL; MARIE A. BRASIL dba BRASIL DAIRY; and DOES 1 through 100,** | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiff A.G. Kawamura, in his official capacity as the Secretary of the California Department of Food and Agriculture, and defendants United States of America for its Department of Agriculture, Farm Services Agency, and George Vieira, through his successor in interest, Maria Nunes, through their designated counsel that the

/ /

/ /

1

above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: October 27, 2010

EDMUND G. BROWN, JR.
Attorney General of California
SARA RUSSELL
Supervising Attorney General

By: /s/ Linda Berg_____
LINDA BERG
DEPUTY ATTORNEY GENERAL
*Attorneys for Plaintiff, A.G. KAWAMURA, in his official capacity as the Secretary of the California Department of Food and Agriculture*

Dated: October 27, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ana Maria Martel _____
ANA MARIA MARTEL
Assistant United States Attorney
*Attorneys for Defendant United States of America*

Dated: October 27, 2010

LAW OFFICE OF THOMAS F. CAMP

By: /s/ Thomas F. Camp_____
THOMAS F. CAMP
*Attorneys for Defendant Maria Nunes Successor in Interest to George Vieira*

ORDER

IT IS SO ORDERED.

Dated:  November 3, 2010         _____
CHIEF UNITED STATES DISTRICT JUDGE